SO ORDERED: April 08, 2005.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DARYL MAY, | ) | CASE NO. 03-91013-BHL-7 |
|     Debtor. | ) | |
| _____ | ) | |
| WILLIAM R. ROBERTS and | ) | |
| BETTY ROBERTS, | ) | |
|     Plaintiffs, | ) | |
| vs. | ) | ADV. NO. 04-9058 |
| | ) | |
| DARYL MAY, | ) | |
|     Defendant. | ) | |

**ORDER**

This matter was initiated by the filing of a **Complaint Objecting to Discharge** on July 16 2004, followed by the Defendant's **Answer to Complaint Objecting to Discharge** which was filed on August 25, 2004. The Plaintiffs filed a Pretrial Statement on August 26, 2004, but the Defendant has not filed a Pretrial Statement. On November 19, 2004, **Plaintiffs' Motion for Summary Judgment** was filed, seeking a judgment of nondischargeability based upon the Defendant's fraudulent conduct. The motion is supported by the **Affidavit** of Betty Roberts which

was filed on April 7, 2005. The Defendant has not responded to the motion or controverted the facts alleged therein. The Court, considering the evidence before it, does now therefore make the following Findings of Fact:

1. In September of 2002, Plaintiffs ["the Roberts"] telephoned Bullock Garages to obtain an estimate for building a new garage on their property. They received a call back from Daryl May ["May"] who represented himself as an agent of Bullock Garages. (Admission Nos. 4 and 15.) In fact Bullock Garages was out of business in Kentucky and Indiana at that time.

2. May showed the Roberts a recently constructed Bullock Garage and drew up an estimate, purportedly on behalf of Bullock, with May's name and cell phone number on it. (Exhibit A to Plaintiffs' Complaint.)

3. The Roberts called May back and accepted the proposal. On or about October 1, 2002, the Roberts signed a separate Proposal that May drafted. (Exhibit A to Plaintiffs' Complaint.) At May's request, they made the initial check out to Eddie Stone ["Stone"], who May represented would be the subcontractor on the job.

4. The Roberts never met Stone or had any dealings with him.

5. The Roberts paid $9,627 on the contract. (Affidavit of Betty Roberts.)

6. Work was begun on the project but was never completed.

7. In or about that same time period, May represented himself as an agent of Bullock Garages and entered into contracts to build garages for Emma Thompson, Barbara Ann Christine, Lawrence J. Wherthey, and Edward E. Southerling, all of whom subsequently filed Consumer Complaints with the Kentucky Attorney General's Office. (Admission No. 6; Exhibit C to Plaintiffs' Request for Admissions.)

8.	Stone is currently serving a jail sentence for his role in the scheme. (Admission No. 12.)

### Conclusions of Law

1.	There is no genuine issue of material fact in dispute.

2.	The Defendant, Daryl May, falsely represented himself to be a representative of Bullock Garages in order to induce the Plaintiffs, William and Betty Roberts, to enter into a contract for the construction of a garage.

3.	The Roberts relied on May's representations to their detriment.

4.	May demanded payment for the work and materials with no intent to complete the work.

Based upon the foregoing, the Court finds that this debt is excepted from discharge and the Plaintiffs are hereby awarded a nondischargeable judgment in the amount of $9,627.00.

###

Distribution:

David S. Sprawls
1939 Goldsmith Lane
Louisville, KY 40218-2006

Heather L. Clark-Reynolds
3805 Poplar Level Road
Louisville, KY 40213